## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHAN D. PRATHER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-12-1184-R** |
| | ) | |
| DRUG ENFORCEMENT | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order entered this 20th day of December, 2012, it is hereby

ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed without

prejudice.

IT IS SO ORDERED this 20th day of December, 2012.


_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE